UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

                              Case No. 16-cr-20460

v.

                              HON. MARK A. GOLDSMITH

Carlo Wilson (D-2),

      Defendant.

---

**Attorney Marc Lakin's Motion to Unseal Hearing Transcript**

Attorney Marc R. Lakin had represented Defendant Carlo Wilson in this case until appointed, learned counsel, Jacqueline Walsh, filed a motion to remove Lakin as counsel. (Mot., ECF Nos. 214 and 214-1). The Court granted Walsh's motion, and Lakin was removed by order entered August 1, 2017. (Order, ECF No. 234).

The motion and order were both filed under seal. However, the Michigan Attorney Grievance Commission filed a motion to unseal those records on May 20, 2024. (Mot., Case No. 2:24-mc-50463, ECF No. 1). The specific records in the criminal case were the Motion and Order to seal Walsh's Motion (ECF Nos. 213), attorney Walsh's Motion (ECF No. 214),

and the Order removing Lakin (ECF No. 234). (Mot., Case No. 2:24-mc-50463, ECF No. 1, PageID.1).

This Court granted the Grievance Commission's motion on April 22, 2025 (Case No. 16-cv-50460, Order, ECF No. 1831, PageID.20967; and ECF No. 6, in Case No. 24-mc-50463).

Attorney Lakin is defending himself in a pending and continued hearing before the Michigan Attorney Discipline Board, which is why the Grievance Commission moved to unseal the documents related to Lakin's removal. Attorney Lakin needs to unseal the non-public, July 25, 2017 hearing about Lakin's removal from the case to defend himself against the pending ethics violation allegations made by Defendant Wilson. The hearing must be unsealed so that Lakin can order a copy of the transcript.

"The courts have long recognized … a 'strong presumption in favor of openness' as to court records." *Shane Grp., Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 305-306 (6th Cir. 2016) (citation omitted). "Only the most compelling reasons can justify non-disclosure of judicial records." *Id.* (citation omitted). "And even where a party can show a compelling reason why certain documents or portions thereof should be sealed, the seal itself must be narrowly tailored to serve that reason." *Id.* (citation omitted).

This Court explained that the July 25, 2017 hearing was closed

because of the likely discussion of matters protected by the attorney-client privilege and attorney work-product doctrine. Defendant consented to this on the record, asking only that his mother be allowed to stay in the courtroom, to which the Court agreed. Any transcript of the hearing shall also be sealed.  [Order, ECF No. 234, PageID.866, n. 2).

But the substance of that July 25, 2017 hearing has now been disclosed by the unsealing of attorney Walsh's motion and the Court's order. Both documents describe the detail of the arguments, evidence, and testimony at the hearing based on Walsh's request to remove Lakin.

Attorney Lakin would accept any restrictions the Court orders on the disclosure or use of the July 25, 2017 hearing transcript.

A copy of this motion was provided to Defendant Carlo, via U.S. mail, as described in the Certificate of Service below.

WHEREFORE, Defense Attorney Marc Lakin moves this Honorable Court to unseal the July 25, 2017 hearing so that he may order the transcript.

Respectfully submitted,

/s/ *Marc R. Lakin*
MARC R. LAKIN (P41147)
Lakin Law, PLLC
Attorney for Defendant Wilson (D-2)
210 S. Old Woodward, Ste. 220
Birmingham, MI 48009-3636
(248) 723-1199
marclakin@mac.com

Dated: April 22, 2026

## Certificate of Service

I certify that on April 22, 2026, I electronically filed the above Motion using the CM/ECF system, under seal.

I further certify that on April 22, 2026 , I served a copy of this Motion on Defendant Carlo Wilson, Register No. 54819-039, at FCI Lompoc I, 3600 Guard Road, Lompoc, CA 93436, via U.S. mail.

/s/*Marc R. Lakin*
MARC R. LAKIN (P41147)
Attorney for Defendant Wilson (D-2)