UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                            Case No. 26-mc-50445
                                            HON. MARK A. GOLDSMITH

CARLO WILSON,

      Defendant.

_____/

## ORDER REGARDING MARC LAKIN'S MOTION TO UNSEAL (Dkt. 1)

Attorney Marc Lakin, former counsel to Defendant Carlo Wilson in <u>United States v. Carlo Wilson</u>, 16-cr-20460, filed a motion to unseal the hearing regarding his removal from this case, so that he may order a copy of the transcript. Any response to this motion must be filed by May 18, 2026.

      **SO ORDERED.**

Dated: April 30, 2026                    s/Mark A. Goldsmith
Detroit, Michigan                    MARK A. GOLDSMITH
                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 30, 2026.

                                        s/Joseph Heacox
                                        JOSEPH HEACOX
                                        Case Manager