UNITED STATES DISTRICT COURT
EASTERN DISTCT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                   Case No. 26-mc-50445
                                   HON. MARK A. GOLDSMITH

CARLO WILSON,

      Defendant.

_____/

### ORDER REGARDING MOTION TO UNSEAL HEARING TRANSCRIPT (Dkt. 1)

On April 22, 2026, Attorney Marc Lakin, former counsel to Defendant Carlo Wilson in United States v. Carlo Wilson, 16-cr-20460, filed a motion to unseal the July 25, 2017 hearing regarding his removal from the case, so that he may order a copy of the transcript (Dkt. 1). Lakin seeks to use the transcript in connection with a hearing before the Michigan Attorney Discipline Board. Id. Mr. Lakin's motion was served electronically upon Government counsel and Defense Counsel Jacqueline Walsh via the Court's ECF system upon its filing; he also indicated in the motion's certificate of service that a copy was served upon Defendant Carlo Wilson via U.S. mail on the same date.

On April 30, 2026, the Court issued an order requiring that any response to Lakin's motion be filed by May 18, 2026, which order was served electronically upon Government counsel and Defense counsel Jacqueline Walsh upon its filing, and by First-Class U.S. mail to Defendant Carlo Wilson on the same date. No response to the motion has been filed.

The Court concludes that there is good cause for unsealing the transcript, as Lakin requires it to defend himself before the Michigan Attorney Discipline Board. Presumptively, court records are open to the public, Shane Grp., Inc. v Blue Cross Blue Shield of Mich., 825 F.3d 299, 305 (6th

Cir. 2016). And historically, the attorney-client privilege has given way in proceedings brought against an attorney by the client. See People v. Cowhy, 948 N.W.2d 632, 642 (Mich. Ct. App. 2019) (stating that when a client files a legal malpractice suit against his attorney, or asserts an ineffective assistance of counsel claim, the client has waived attorney-client privilege "to the extent necessary to permit an inquiry concerning the adequacy of his representation") (punctuation modified).

Accordingly, the Court grants the motion to unseal.

**SO ORDERED.**

Dated: May 29, 2026  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2026.

s/Joseph Heacox  
JOSEPH HEACOX  
Case Manager